IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY SILER,<br><br>　　　　　Plaintiff(s),<br><br>　vs.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendant(s). | No. C 10-3683 CRB (PR)<br><br>ORDER OF TRANSFER |

　　　　Plaintiff, a civil committee at Coalinga State Hospital in the County of Fresno, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging "unlawful remote administering of 'electrical therapies.'" It appears that a substantial part of the alleged events or omissions giving rise to plaintiff's claims occurred and are occurring in the County of Fresno, and that the named defendants – State of California, California Department of Corrections and Rehabilitation, and California Department of Mental Health – may be found in the County of Sacramento.  Because the Counties of Fresno and Sacramento are both within the venue of the Eastern District of California, see 28 U.S.C. § 84(b), venue properly lies in the Eastern District, see id. § 1391(b).

　　　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

　　　　The clerk shall transfer this matter and terminate all pending motions as moot.

SO ORDERED.

DATED:  Aug. 25, 2010

　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　United States District Judge

G:\PRO-SE\CRB\CR.10\Siler, M1.transfer.wpd